UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY CLARENCE PRATT,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No.  1:23-cr-00129

**ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a two-count Indictment.  Count 1 of the Indictment charges him with felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) and count 2 charges him with possession of a machine gun, in violation of 18 U.S.C. § 922(o)(1)

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a serious risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A).  The Court conducted a hearing on November 1, 2023, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a serious risk of non-

appearance, and that the government has sustained its burden by clear and convincing evidence that he is a danger to the community.  Further, the Court finds that, while there are a combination of conditions of release that would ensure defendant's appearance, there is no condition or combination of conditions of release that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on November 1, 2023.

Date November 1, 2023.                               /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge